

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-15-00663-CV

Theresa Fay **JERRY**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** and Robert Valdespino as Trustee, Et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05864
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On June 6, 2016, appellant filed a "First Amended Brief and Reply Brief of Appellant." Local Rule 8.4 requires a party who wishes to amend her brief to obtain the Court's permission. *See* 4th Ct. App. Local Rule 8.4. Appellant did not obtain the Court's permission to amend her brief. The "First Amended Brief and Reply Brief of Appellant" also does not contain sections that Rule 38.1 requires for an appellant's brief and primarily includes "rebuttal" arguments. *See* Tex. R. App. P. 38.1. We therefore construe the "First Amended Brief and Reply Brief of Appellant" as a reply brief only. *See id.* R. 38.3.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court